The People of the State of New York ex rel. The A. Sherman Lumber Company, Respondent, v. Peter Propp and Others, as Assessors of the Village of Tupper Lake, Franklin County, New York, and D. C. Randall, Clerk of Said Village of Tupper Lake, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Respondent, v. Grace Dunn, Appellant.— Judgment and order unanimously affirmed.

The People of the State of New York, Respondent, v. Alfred Nelson, Appellant.— Reargument ordered; the judges qualified to vote being evenly divided.

Rathbone, Sard and Company, Respondent, v. Pacific Coast Casualty Company, Appellant.— Judgment unanimously affirmed, with costs.

George Record, by Chauncey Record, His Guardian ad Litem, Appellant, v. James Arthur P. Ketchum, Respondent.— Judgment and order unanimously affirmed, with costs.

John J. Stevenson and John Holt, as Administrators, etc., of William Stevenson, Deceased, Respondents, v. The Erie Railroad Company, Appellant.— Judgment unanimously affirmed, with costs.

Adelaide M. Anderson, Appellant, v. Walter L. Dodge, Respondent.— Reargument ordered.

Claude Colton, Respondent, v. Fred B. Potter, Appellant.— Motion granted, with ten dollars costs, unless the appellant makes and serves his case within twenty days, in which event motion is denied, without costs.

Halfmoon Bridge Company, Appellant, v. The Canal Board and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, upon the ground that the order to show cause was made in violation of rule 37 of the General Rules of Practice, the moving papers not showing the condition of the action, whether at issue, and if not tried the time appointed for holding the next Special or Trial Term where the action is triable. All concurred.

Chauncey House, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Motion denied. Kellogg, J., not sitting. .

The People of the State of New York ex rel. Charles F. Murphy, Appellant, v. John E. Kraft and Others, Constituting the Civil Service Commission of the State of New York, Respondents.— Motion granted.

---

## SECOND DEPARTMENT, MARCH, 1913.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE L. BUCK-HOLZ, Appellant, v. CHARLES WARTA, JR., Clerk of the Town of Babylon, Respondent. (Actions Nos. 1 and 2.)

### Election Law.

Appeal by the relator from orders of the Special Term, entered in the office of the clerk of the county of Nassau on the 24th day of March, 1913.

PER CURIAM: Under the urgent circumstances and in accord with the desire of the parties, we will regard these proceedings as if in form proper